To CCA
Austin TX 78711

RE: WR-65,469
7-23-2014 DECISION/ORDER

Dear Clerk

Hello, through a badly move I lost the order referred to above. Is it possible to get a copy of it? I really need it. I am indigent and can't get one elsewhere.

Thank you kindly for your time.

Sincerely,

PAIGE BENNER 1278531
2101 FM 369 North Allred Unit
Iowa Park, TX 76367-6568

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk